ALDINE METAL PRODUCTS CORPORATION, as Assignee of MURRAY STEIN et al., Copartners under the Name of ALDINE METAL PRODUCTS COMPANY, Appellant, *v.* BOGERT AND CARLOUGH COMPANY, Respondent.

Argued October 8, 1946; decided November 14, 1946.

*Veit E. Kaufmann* for appellant.

*Clarence Sage Woodman* and *Clyde A. Bogert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.